United States District Court
Southern District of Texas
FILED

JUL 0 2 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Civil, Asset Forfeiture | Case Number | 4:10-cv-02022 |
|---|---|---|---|
| UNITED STATES OF AMERICA ||||
| *versus* ||||
| $22,456.00 IN U.S. CURRENCY AND $2,500 IN EUROS, IN REM ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Nelson Mauricio Ocampo<br>Nelson Mauricio Ocampo, Attorney<br>2400 Augusta Drive, Suite 400, Attn: J. Ibarra<br>Houston, TX 77057<br>(281) 738-3023<br>Texas: 24072263<br>N/A |
|---|---|
| Seeks to appear for this party: | $22,456.00 IN U.S. CURRENCY AND $2,500 IN EUROS |
| Dated: 7/2/2010 | Signed: *Nelson Mauricio Ocampo* |

| The state bar reports that the applicant's status is: active ||
|---|---|
| Dated: 7/2/10 | Clerk's signature: |

Order    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge