UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2010

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$22,456.00 IN U.S. CURRENCY,<br>AND 2,500 IN EUROS,<br>Defendant in rem. | CIVIL ACTION NO. 4:10-cv-02022 |

**VERIFIED CLAIM TO DEFENDANT PROPERTY**

1. COME NOW, RODRIGO GONZALEZ VELANDIA and ROSEMARY MORALES of Bogota, Capital District, Republic of Colombia.

2. Mr. Gonzalez and Ms. Morales, husband and wife, lay equal claim to all of the $22,456.00 and €2,500.00 named as defendant *in rem* to this action.

3. Mr. Gonzalez and Ms. Morales assert an interest of superior title to this money. Approximately:

   a. $5,300.00 was earned through their formalwear and bridal boutiques in Colombia;
   b. $5,500.00 was bailed to Mr. Gonzalez by his sister in Bogota, Magaly Gonzalez, for delivery to her husband in China, German Buitrago Mejia; and
   c. $15,000.00 was borrowed from Mr. Gonzalez's mother, Miryam Velandia de Gonzalez.

The money, save the bailed amount, was to be used in China for business and personal expenses at Expo 2010, in Shanghai, and at the 107th Chinese Import and Export Fair (Canton Fair), in Guangzhou.

Respectfully Submitted,

*Nelson Mauricio Ocampo*

Nelson Mauricio Ocampo,
Attorney-in-Charge
Texas Bar Number 24072263
Admitted to SDTX *Pro Hac Vice*
P.O. Box 218149
Houston, TX 77218-8149
T/F (281) 738-3023
Email: nelson@optimolegal.com

## VERIFICATION

We, RODRIGO GONZALEZ VELANDIA and ROSEMARY MORALES, declare under penalty of perjury as provided by 28 U.S.C. §1746 that we have read and understand this Verified Claim to Defendant Property, and the facts stated in this claim are true and correct to the best of our knowledge and belief.

_____  
Rodrigo Gonzalez Velandia

Colombian Identification,  
Cedula de Colombia: 79470208

_____  
Rosemary Morales

Colombian Identification,  
Cedula de Colombia: 51976741

Notarized:

ANTE LA NOTARIA SETENTA Y SIETE DEL CIRCULO DE BOGOTA, D.C.

Compareció RODRIGO GONZALEZ VELANDIA quien exhibió la C.C. 79470208 Expedida en Bta. y declaró que la firma que aparece en el presente documento es suya el declarante_____

Bogotá, D.C. _____ de _____ de 20__

Autorizo el anterior documento

15 JUL 2010

LUZ MERY CASTAÑO MARULANDA

ANTE LA NOTARIA SETENTA Y SIETE DEL CIRCULO DE BOGOTA, D.C.

Compareció Rosemary Morales Garcia quien exhibió la C.C. 51976741 Expedida en Bta. y declaró que la firma que aparece en el presente documento es suya el declarante_____

Bogotá, D.C. _____ de _____ de 20__

Autorizo el anterior documento

15 JUL 2010

LUZ MERY CASTAÑO MARULANDA

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010, I caused an exact copy of the attached Verified Claim to Defendant Property to be delivered to Albert Ratliff, Assistant United States Attorney, at P.O. Box 61129, Houston, TX 77208-1129, through certified mail article number 7003 2260 0007 1486 2642, return receipt requested.

*Nelson Mauricio Ocampo*
Nelson Mauricio Ocampo
Attorney-in-charge
Texas Bar Number 24072263
Admitted to SDTX *Pro Hac Vice*
P.O. Box 218149
Houston, TX 77218-8149
T/F (281) 738-3023
Email: nelson@optimolegal.com