UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-2022 |
| | § | |
| $22,456.00 IN U.S. CURRENCY AND | § | |
| 2,500 IN EUROS | § | |
| Defendants in rem. | § | |

**AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT**

The Court finds that the parties have agreed to settle this case with the

forfeiture of the 2,500 euros and the return of $22,456 to the Claimants.

The Court orders that:

1.      The 2,500 euros are forfeited to the United States.  The United States

Department of Homeland Security shall deposit these funds into the

Treasury Forfeiture Fund;

2.      The United States Department of Homeland Security shall return

$22,456 to Rodrigo Gonzalez Velandia and Rosemary Morales

Garcia, Claimants, by sending a check payable to Rodrigo Gonzalez

Velandia and Rosemary Morales Garcia, c/o Nelson Mauricio

Ocampo, Esq., P.O. Box 218149, Houston, TX 77218-8149;

3.      The Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4.      All parties will bear their costs including attorneys' fees; and

5.      Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _____.

_____
Lynn N. Hughes
United States District Judge