# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Manion   ☑ Bellamy   ☐ |
| DATE | July 28, 2010 |
| TIME | 10:35 a.m. — 11:15 a.m. |
| CIVIL ACTION | H — 10 — 2022 |
| STYLE | United States of America<br>versus<br>$22,456 in U.S. currency, et al. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: _Bruce Slavin_ )

_Albert T. Ratliff, Pierre Perry_ for  ☑ Ptf. # ____   ☐ Deft. # ____
_Nelson Ocampo_ _____ for  ☐ Ptf. # ____   ☐ Deft. # _Claimants_
_____ for  ☐ Ptf. # ____   ☐ Deft. # ____
_____ for  ☐ Ptf. # ____   ☐ Deft. # ____

☐   All motions not expressly decided are denied without prejudice.
☐   **Evidence taken** [exhibits or testimony].
☐   **Argument heard on:**   ☐ all pending motions;   ☐ these topics:
_The government agreed to return $22,456 to the claimants._

☐   Motions taken under advisement: _____
☐   Order to be entered.
☐   Internal review set: _____
☐   Rulings orally rendered on: _____