| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America, §
　　　　　　　　　　　　　　 §
　　　　　　　Plaintiff, 　　　§
　　　　　　　　　　　　　　 §
versus　　　　　　　　　　　 §　　Civil Action H-10-2022
　　　　　　　　　　　　　　 §
$22,456.00 in United States currency §
and 2,500 in euros,　　　　　 §
　　　　　　　　　　　　　　 §
　　　　　　　Defendant *in rem*. §

## Agreed Order of Forfeiture and Final Judgment

1. By August 15, 2010, the United States of America must disburse $22,456 to Rodrigo Gonzalez Velandia and Rosemary Morales Garcia.

2. The United States of America will deposit the remainder of the funds with the United States Department of Homeland Security for contribution to the forfeiture fund.

3. The parties will bear their own costs and fees.

Signed on July 30, 2010, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge